PEOPLE EX REL. JOHN G. OWEN v. TOWNSHIP BOARD OF
LINCOLN.

*Township orders—Laches in collection.*

Township orders cannot be enforced after nearly six years' neglect
to collect them.

MOTION for order to show cause.   Submitted July 1.
Denied July 2.

*Wisner & Draper* for the motion.

PER CURIAM.   Where six years have elapsed since the
issuing of township orders for work and labor performed,
and payment was refused nearly that long ago, they
cannot be enforced.   The laches is too great.
Mandamus denied.